ment. FLORA W. MILLER et al., as Executors of GERTRUDE V. WHITNEY, Deceased, et al.; HORACE R. LAMB, as Executor of CATHLEEN V. AROSTEGNI, Deceased, et al.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Dore and Cohn, JJ. [See *ante*, p. 820.]